UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | § § § § § § § § § § § § | Civil Action No. 1:16-cv-06551 <br><br> **ORAL ARGUMENT REQUESTED** |
| Plaintiff, | | |
| vs. | | |
| FOREX CAPITAL MARKETS, LLC, | | |
| Defendant. | | |

## DECLARATION OF ISRAEL DAHAN

Israel Dahan, hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a partner in the firm of King & Spalding LLP and am one of the attorneys representing Defendant Forex Capital Markets, LLC ("FXCM") in the above-captioned action. I am duly admitted to this Court. I respectfully submit this Declaration in support of Defendant's Memorandum in Support of its Partial Motion to Dismiss Plaintiff's First Amended Complaint.

2.  Attached as Exhibit 1 to this Declaration is a true and correct copy of relevant excerpts of FXCM's Securities and Exchange Commission ("SEC") Form 10-K 2013 Annual Report, filed March 14, 2014.

3.  Attached as Exhibit 2 to this Declaration is a true and correct copy of a Swiss National Bank Press Release, entitled "Swiss National Bank sets minimum exchange rate at CHF 1.20 per euro," dated September 6, 2011.

4.  Attached as Exhibit 3 to this Declaration is a true and correct copy of a Swiss National Bank press release entitled "Monetary policy assessment of 18 September 2014 – Swiss National Bank reaffirms minimum exchange rate," dated September 18, 2014.

5. Attached as Exhibit 4 to this Declaration is a true and correct copy of a Swiss National Bank press release entitled "Swiss National Bank introduces negative interest rates – Minimum exchange rate reaffirmed, and target range for three-month Libor lowered into negative territory," dated December 18, 2014.

6. Attached as Exhibit 5 to this Declaration is a true and correct copy of a Reuters article entitled "SNB Chairman says cap on Swiss franc absolutely central: SRF," dated January 5, 2015.

7. Attached as Exhibit 6 to this Declaration is a true and correct copy of a Reuters article entitled "REFILE-SNB's Danthine says cap on franc remains policy cornerstone - RTS," dated January 12, 2015.

8. Attached as Exhibit 7 to this Declaration is a true and correct copy of a Swiss National Bank press release entitled "Swiss National Bank discontinues minimum exchange rate and lowers interest rate to -0.75% –Target range moved further into negative territory," dated January 15, 2015.

9. Attached as Exhibit 8 to this Declaration is a true and correct copy of a CBC News article entitled "Swiss franc surge knocks out brokerages, roils financial markets," dated January 16, 2015.

10. Attached as Exhibit 9 to this Declaration is a true and correct copy of a FXCM press release entitled "FXCM Releases Detailed Data on the SNB Flash Crash," dated March 11, 2015.

11. Attached as Exhibit 10 to this Declaration is a true and correct copy of a Reuters article entitled "Swiss central bank stuns market with policy U-turn," dated January 16, 2015.

12. Attached as Exhibit 11 to this Declaration is a true and correct copy of a Bloomberg Business article entitled "Bank Losses From Swiss Currency Surprise Seen Mounting," dated January 19, 2015.

13. Attached as Exhibit 12 to this Declaration is a true and correct copy of a FXCM Press Release entitled "FXCM Comments on Swiss Franc Movement," dated January 15, 2015.

14. Attached as Exhibit 13 to this Declaration is a true and correct copy of an e-mail exchange among employees of the National Futures Association ("NFA") and FXCM, dated January 15, 2015, Bates labeled FXCM-CFTC-00024611-12.

15. Attached as Exhibit 14 to this Declaration is a true and correct copy of an e-mail attaching a letter from the NFA to FXCM, dated January 15, 2015, Bates labeled FXCM-CFTC-00006143-44.

16. Attached as Exhibit 15 to this Declaration is a true and correct copy of an e-mail exchange among employees of the NFA and employees of FXCM dated January 15, 2015.

17. Attached as Exhibit 16 to this Declaration is a true and correct copy of a letter from the NFA to FXCM, dated January 16, 2015, Bates labeled FXCM-CFTC-00006175.

18. Attached as Exhibit 17 to this Declaration is a true and correct copy of an e-mail exchange among employees of the NFA and employees of FXCM, dated January 15, 2015, Bates labeled FXCM-CFTC-00007793-94.

19. Attached as Exhibit 18 to this Declaration is a true and correct copy of an e-mail exchange among employees of the NFA and employees of FXCM, dated January 15, 2015, Bates labeled FXCM-CFTC-00007806-07.

20. Attached as Exhibit 19 to this Declaration is a true and correct copy an e-mail exchange among employees of the NFA and employees of FXCM, dated January 16, 2015, Bates labeled FXCM-CFTC-00007833-34.

21. Attached as Exhibit 20 to this Declaration is a true and correct copy of an e-mail from an employee of the NFA to employees of FXCM, dated January 16, 2015, Bates labeled FXCM-CFTC-00007837.

22. Attached as Exhibit 21 to this Declaration is a true and correct copy of an e-mail exchange among employees of the NFA and employees of FXCM, dated January 16, 2015, Bates labeled FXCM-CFTC-00007844-45.

23. Attached as Exhibit 22 to this Declaration is a true and correct copy of an e-mail attaching a letter from the NFA to FXCM dated January 16, 2015, Bates labeled FXCM-CFTC-00006178-80.

24. Attached as Exhibit 23 to this Declaration is a true and correct copy of the FXCM Client Agreement, dated September 19, 2014, Bates labeled FXCM-CFTC-00037163-89.

25. Attached as Exhibit 24 to this Declaration is a true and correct copy of an e-mail exchange among employees of the CFTC, the NFA, and FXCM dated January 23, 2015, Bates labeled FXCM-CFTC-00008371.

26. Attached as Exhibit 25 to this Declaration is a true and correct copy of an e-mail from a FXCM employee to employees of the NFA, dated September 9, 2010.

27. Attached as Exhibit 26 to this Declaration is a true and correct copy of a series of e-mails from a FXCM employee to employees of the NFA, dated September 16, 2010.

28. Attached as Exhibit 27 to this Declaration is a true and correct copy of an e-mail from a FXCM employee to employees of the NFA, dated September 22, 2010.

29.     Attached as Exhibit 28 to this Declaration is a true and correct excerpted copy of Forex Transactions: A Regulatory Guide, published by the National Futures Association, dated December 2015, *available at* https://www.nfa.futures.org/NFA-compliance/publication-library/forex-regulatory-guide.pdf.

30.     Attached as Exhibit 29 to this Declaration is a true and correct copy of the archived version (as of January 2, 2010) of Forex.com Trade Overview, *available at* https://web.archive.org/web/20100102010916/http:/forex.com/trade.html#.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated:  December 22, 2016

                        KING & SPALDING LLP

                        /s/ *Israel Dahan*
                        Israel Dahan