UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
U.S. COMMODITY FUTURES TRADING        :       1:16-cv-6551 (KBF)
COMMISSION,                                                      :
                                                                 :       ECF Filed
                                  Plaintiff,    :
                                                                 :       **MOTION TO UNSEAL**
             -v-                                                 :
                                                                 :
FOREX CAPITAL MARKETS, LLC,           :
                                                                 :
                                  Defendant.    :
-----------------------------------------------------------------X

    Plaintiff U.S. Commodity Futures Trading Commission respectfully requests that the Court unseal all documents previously filed under seal in the above-captioned matter. The documents previously filed under seal that Plaintiff requests the Court unseal are Defendant's Memorandum of Law in Support of Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 43) and all sealed exhibits attached to the supporting declaration: Exhibit 13 through Exhibit 22 (ECF No. 44-13 through ECF No. 44-22); and Exhibit 24 through Exhibit 27 (ECF No. 44-24 through ECF No. 44-27). The parties have conferred and Defendant Forex Capital Markets, LLC consents to this motion.

Dated: January 9, 2017      Respectfully submitted,

                                                */s/ Saadeh Al-Jurf*
                                        Saadeh Al-Jurf (*pro hac vice*)
                                        Luke Marsh (*pro hac vice)*
                                        Division of Enforcement
                                        U.S. Commodity Futures Trading Commission
                                        1155 21st Street N.W.
                                        Washington, D.C. 20581
                                        (202) 418-5000 (telephone)
                                        (202) 418-5523 (facsimile)

                                        ATTORNEYS FOR U.S. COMMODITY FUTURES
                                        TRADING COMMISSION